UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAS EMANUEL PITTS,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTINEZ DETENTION FACILITY MEDICAL STAFF, et al.,<br>　　　　Defendants. | Case No. 21-01846 EJD (PR)<br><br>**ORDER REOPENING ACTION; VACATING JUDGMENT** |

  Plaintiff, an inmate at the Contra Costa County Jail, West County Detention Facility, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On April 14, 2021, the complaint was dismissed with leave to amend to correct various deficiencies. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 4. The matter was reassigned to this Court on May 25, 2018. Dkt. No. 11.

  When no amended complaint was filed in the time provided, *i.e.*, no later than May 12, 2021, the Court dismissed the action on May 27, 2021, and entered judgment the same day. Dkt. Nos. 12, 13.

  On June 1, 2021, the Clerk docketed Plaintiff's amended complaint with a filing

date of May 28, 2021.  Dkt. No. 14.  The Court notes that the amended complaint was signed on April 21, 2021, Dkt. No. 14 at 8, but not postmarked until May 26, 2021.  Dkt. No. 14 at 17.  In the interest of justice, the Court will accept this late filing and reopen the matter.  Accordingly, the Judgment entered on May 27, 2021, Dkt. No. 13, is **VACATED**.  The Court will conduct an initial review of the amended complaint in due course.

The Clerk shall reopen the file.

**IT IS SO ORDERED.**

Dated:  June 9, 2021

EDWARD J. DAVILA
United States District Judge

Order Reopening Action; Vacating Judgment
P:\PRO-SE\EJD\CR.21\01846Pitts_reopen.docx

2