1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

11

NICKOLAS EMANUEL JEREMIAH PITTS,

Case No. 21-01846 EJD (PR)

12

**ORDER OF DISMISSAL**

Plaintiff,

13

v.

14

WEST COUNTY DETENTION FACILITY MEDICAL STAFF, et al.,

15

Defendants.

16

17

United States District Court
Northern District of California

18    Plaintiff, a county inmate proceeding pro se, filed civil rights complaint pursuant to

19    42 U.S.C. § 1983. Dkt. No. 1. On June 9, 2021, a copy of an order reopening the action

20    and vacating the judgment was sent to the Plaintiff. Dkt. No. 15. On June 30, 2021, the

21    mail sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was no

22    longer in custody. Dkt. No. 16. To date, Plaintiff has had no further communication with

23    the Court.

24    Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must

25    promptly file a notice of change of address while an action is pending. See L.R. 3-11(a).

26    The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

27    se party by the Court has been returned to the Court as not deliverable, and (2) the Court

28    fails to receive within sixty days of this return a written communication from the pro se

party indicating a current address.  See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff at the West County Detention Facility in Richmond was returned as undeliverable.  The Court has not received a notice from Plaintiff regarding a new address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: ___9/10/2021_____                        _____

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.21\01846Pitts_dis-LR3

United States District Court
Northern District of California

2