1  Your name: Nicholas Pitts
2  Address: 379 Sawyer St. Vallejo, CA
3  94589
4  Phone Number: 707-430-6086
5  E-mail Address: NBKsoldiers@gmail.com
6  Pro se

FILED
OCT 20 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☐ Oakland  ☒ San Jose  ☐ Eureka

Nicholas Emanuel Jeremiah Pitts )
                                )  Case Number: 5:21-cv-01846
                                )  [Name] Nicholas Emanuel Pitts
        Plaintiff,              )
                                )  NOTICE OF CHANGE OF [check box]:
    vs.                         )
                                )    ☒ ADDRESS
West County Detention officer Catuzar, )    ☒ PHONE NUMBER
Doyle, Howells, Malienez, Chansubol, )    ☒ EMAIL
Peters                          )
                                )  Judge: Hon. Edward J. Davila
        Defendant.              )

As of [date of change] 6/11/21,
my contact information has changed [check box and fill in]:

☒ Address: 379 Sawyer St. Vallejo, CA 94589

☒ Phone number: 707-430-6086, 510-904-2729

☒ Email: NBKsoldiers@gmail.com

Date: 7/21/21        Signature: [signature]
                     Printed name: Nicholas Emanuel Pitts
                     Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. 5:21-cv-01846 ; PAGE 1 OF 1 [JDC TEMPLATE Rev.6/2017]

**Justice & Diversity CENTER**
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# CERTIFICATE OF SERVICE

*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the Motion to Change Date of Hearing that you file and serve.*

1. **Case name:** Nicholas Pitts v. WCDF catuza, Howells, Doyle, Peters, martinez, ohansobol

2. **Case number:** 5:21-CV-01846

3. **Documents served:** Notice of Change of Contact Information

4. **How was the Motion served?** *[check one]*
   - [✓] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **On whom was the Motion served?** *[For each person who was sent the document, write their full name and contact information used.]*

   officer catuza          ohansobol
   Doyle                   Peters
   Howells
   martinez

6. **When was the Motion served?** _____

7. **Who served the Motion?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signature]*
   Name: Nicholas Emanuel Pitts
   Address: 379 Sawyer St. Vallejo, ca 94589

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*